UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1272 (PAM/JGL)

CHRISTIE BORGAN,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

BROWN & BIGELOW,

Defendant.

Chief Judge Paul A. Magnuson has referred the above matter to me for purposes of conducting a settlement conference. This settlement conference has been scheduled for **Wednesday, December 19, 2001, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: November 14, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Albert Goins Sr., Esq.
Kathryn Browne, Esq.
Suite 378
301 Fourth Avenue
Minneapolis, MN 55415

Daniel Wachtler, Esq.
Michael Moberg, Esq.
W2200 First National Bank Bldg.
322 Minnesota Street
St. Paul, MN 55101

Filed NOV 15 2001
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________