**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CHRISTIE BORGAN,**

Plaintiff,

v.

**BROWN & BIGELOW,**

Defendant.

Civil No. 01-1272 (PAM/JGL)

**ORDER**

APPEARANCES

Albert Goins, Sr., Esq. and Kathryn Burke Brown, Esq., for Plaintiff.

Daniel Wachtler, Esq., for Defendant.

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on March 21, 2002 on Plaintiff's Counsel's Motion to Withdraw as Counsel and for Modification of the Scheduling Order (Doc. No. 10.) The casc has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

At the motion hearing, the parties settled the case. Therefore, Plaintiff's Counsel's motion is denied as moot. Plaintiff's Counsel is to remain on the case until the appropriate settlement documents have been drafted and final settlement payment is tendered.

FILED 3-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion to Withdraw as Counsel and for Modification of the Scheduling Order (Doc. No. 10) is **DENIED AS MOOT**.

Dated: March 21, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge