UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISTIE BORGAN,

Plaintiff,

v.

BROWN & BIGELOW,

Defendant.

Civil File No. 0:01-CV-1272 (PAM/JGL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, between the parties, that this action may be and hereby is dismissed with prejudice on the merits, and without costs and disbursements to any party, and that any party hereto may without notice to any other party apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice upon the merits and without costs, disbursements or attorney's fees be entered accordingly.

Dated: 4-22-02

GOINS & WOODS, P.C..

By: [signature] #239583
Albert T. Goins, Sr.
301 Fourth Avenue South
378 Grain Exchange Building
Minneapolis, MN 55415
(612) 339-3848
***Attorneys For Plaintiff***

APR 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 24 2002
DEPUTY CLERK

1390562v1

Dated: 4-23-02

BRIGGS AND MORGAN, P.A.

By: Michael J. Moberg

Daniel R. Wachtler, #113360
Michael J. Moberg, #0249944
W-2200 First National Bank Building
332 Minnesota Street
Saint Paul, Minnesota 55101
(612) 223-6638
***Attorneys for Defendant***

**ORDER FOR DISMISSAL WITH PREJUDICE
AND FOR ENTRY OF JUDGMENT**

Upon the foregoing Stipulation, it is hereby ordered that the clerk of this court is hereby ordered and directed to enter judgment dismissing the above action with prejudice on the merits, and without costs, attorney's fees and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 24 2002

By: 
United States District Judge